■ In the Matter of SEBASTIANO CALCO et al., Appellants, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County (Walter M. Schackman, J.), entered on July 31, 1991, unanimously affirmed for the reasons stated by Walter M. Schackman, J., without costs. No opinion. Concur—Sullivan, J. P., Kupferman, Ross and Kassal, JJ.